JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                          )<br>      Plaintiff,             )<br>                                          )<br>      v.                        )<br>                                            )<br>XUE OU,                       )<br>                                            )<br>      Defendant.          )<br>                                            )<br>_____ ) | No. CR 08-00473 JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

    The undersigned parties respectfully request that the status hearing currently scheduled for December 3, 2008 be continued to January 7, 2009.  The parties have reached a tentative resolution to the case and need additional time to finalize a plea agreement.  The parties anticipate that the defendant will enter a guilty plea at the next appearance.  In addition, the parties jointly request an exclusion of time under the Speedy Trial Act from December 3, 2008 to January 7, 2009.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

STIPULATION AND [PROPOSED] ORDER
CR 08-00473 JF                                        1

1  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
2
   DATED: 12/1/08                                        /s/
3                                          SUSAN KNIGHT
                                           Assistant United States Attorney
4

5  DATED: 12/1/08                                        /s/
                                           PETER A. LEEMING
6                                          Counsel for Ms. Ou

7

8      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance

9  scheduled for December 3, 2008 is continued to January 7, 2009 at 9:00 a.m.

10     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

11 December 3, 2008 to January 7, 2009.  The Court finds, based on the aforementioned reasons,

12 that the ends of justice served by granting the requested continuance outweigh the best interest of

13 the public and the defendant in a speedy trial.  The failure to grant the requested continuance

14 would deny defense counsel reasonable time necessary for effective preparation, taking into

15 account the exercise of due diligence, and would result in a miscarriage of justice.  The Court

16 therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)

17 and (B)(iv).

18 SO ORDERED.

19

20 DATED: 12/3/08
                                           JEREMY FOGEL
21                                         United States District Judge

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 08-00473 JF                              2