JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00473 JF |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
|    v. | |
| XUE OU, | |
|    Defendant. | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing currently scheduled for January 7, 2009 be continued to February 4, 2009.  The government recently provided a plea agreement to defense counsel Peter Leeming, and he needs time to evaluate the terms of the agreement and review it with the defendant.  The parties anticipate that the defendant will enter a guilty plea at the next appearance.  In addition, the parties jointly request an exclusion of time under the Speedy Trial Act from January 7, 2009 to February 4, 2009.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

1  SO STIPULATED:                JOSEPH P. RUSSONIELLO
                                 United States Attorney

2  DATED: 1/5/09                 _____/s/_____
3                                SUSAN KNIGHT
                                 Assistant United States Attorney

4

5  DATED: 1/5/09                 _____/s/_____
                                 PETER A. LEEMING
6                                Counsel for Ms. Ou

7

8      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance
9  scheduled for January 7, 2009 is continued to February 4, 2009 at 9:00 a.m.
10     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
11 January 7, 2009 to February 4, 2009.  The Court finds, based on the aforementioned reasons, that
12 the ends of justice served by granting the requested continuance outweigh the best interest of the
13 public and the defendant in a speedy trial.  The failure to grant the requested continuance would
14 deny defense counsel reasonable time necessary for effective preparation, taking into account the
15 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore
16 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
17 (B)(iv).
18 SO ORDERED.

19

20 DATED: 1/7/09                  _____
                                  JEREMY FOGEL
21                                United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00473 JF                              2