1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov

8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )      No. CR 08-00473 JF
                                     )
14        Plaintiff,                 )
                                     )      STIPULATION AND [PROPOSED]
15        v.                         )      ORDER CONTINUING STATUS
                                     )      HEARING AND EXCLUDING TIME
16  XUE OU,                          )      UNDER THE SPEEDY TRIAL ACT
                                     )
17        Defendant.                 )
                                     )
18  _____ )      SAN JOSE VENUE

19

20

21      The undersigned parties respectfully request that the status hearing scheduled for March 11,

22  2009 be continued to April 15, 2009.  The reason for the continuance is that the parties are

23  examining the loss amount in the case, and need additional time to reach an agreement.

24  Therefore, the parties are requesting a continuance to April 15, 2009.   In addition, the parties

25  agree and stipulate that a waiver of time under the Speedy Trial Act from March 11, 2009 to

26  April 15, 2009 is appropriate.  The parties agree and stipulate that an exclusion of time is

27  appropriate based on the defendant's need for effective preparation of counsel.

28  //

STIPULATION AND [PROPOSED] ORDER
No. CR 08-00473 JF                            1

1    SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                             United States Attorney
2

3    DATED: 3/10/09                          _____/s/_____
                                             SUSAN KNIGHT
4                                            Assistant United States Attorney

5
     DATED: 3/10/09                          _____/s/_____
6                                            PETER A. LEEMING
                                             Counsel for Ms. OU
7

8        Accordingly, the Court HEREBY ORDERS that the status hearing is continued to April 15,

9    2009 at 9:00 a.m.

10       For good cause shown, the Court FURTHER ORDERS that time be excluded under the

11   Speedy Trial Act from March 11, 2009 to April 15, 2009.  The Court finds, based on the

12   aforementioned reasons, that the ends of justice served by granting the requested continuance

13   outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant

14   the requested continuance would deny defense counsel reasonable time necessary for effective

15   preparation, taking into account the exercise of due diligence, and would result in a miscarriage

16   of justice.  The Court therefore concludes that this exclusion of time should be made under 18

17   U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

18   SO ORDERED.

19

20   DATED:__3/11/09_____                  _____
                                             JEREMY FOGEL
21                                           United States District Judge

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. CR 08-00473 JF                    2