JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00473 JF |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| XUE OU, | ) |
| Defendant. | ) |
| | ) SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing scheduled for May 6, 2009 be continued to May 20, 2009. The reason for the continuance is to provide defense counsel Peter Leeming additional time to review a plea agreement and discuss it with the defendant. Therefore, the parties are requesting a continuance to May 20, 2009 for a possible change of plea hearing. In addition, the parties agree and stipulate that a waiver of time under the Speedy Trial Act from May 6, 2009 to May 20, 2009 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
2                                          United States Attorney

3  DATED: 5/5/09                           _____/s/_____
4                                          SUSAN KNIGHT
                                           Assistant United States Attorney

5
   DATED: 5/5/09                           _____/s/_____
6                                          PETER A. LEEMING
                                           Counsel for Ms. OU
7

8      Accordingly, the Court HEREBY ORDERS that the status hearing is continued to May 20,
9  2009 at 9:00 a.m.
10     For good cause shown, the Court FURTHER ORDERS that time be excluded under the
11 Speedy Trial Act from May 6, 2009 to May 20, 2009.  The Court finds, based on the
12 aforementioned reasons, that the ends of justice served by granting the requested continuance
13 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
14 the requested continuance would deny defense counsel reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
16 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
17 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
18 SO ORDERED.

20 DATED: 5/5/09                            _____
                                            JEREMY FOGEL
21                                          United States District Judge