Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Xue Yi Ou

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-00473 JF [RS] |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING HEARING DATE** |
| vs. ) | **AND EXCLUDING TIME UNDER THE** |
| ) | **SPEEDY TRIAL ACT, 18 U.S.C.** |
| XUE OU, et al Defendants ) | **SECTION 3161** |

The United States of America, by Susan Knight, Assistant United States Attorney, and the defendant in the above case, by and through her attorney Peter A. Leeming, hereby enter into this joint stipulation.

The parties stipulate, and ask the Court to adopt as its FINDINGS that:

1. This case is currently set for status on May 20, 2009 at 9:00 A.M. Through this stipulation, the parties are

Joint Stipulation and Proposed Order continuing status date [Xue Ou]                         -1-

requesting the hearing be continued until July 1, 2009, at 9:00 AM.

2.   This matter involves allegations of distribution of counterfeit goods from China.  The parties have been investigating a series of financial transactions and attempting to determine the impact of these transactions on a potential settlement of this case.  The government has provided information about these transactions to the defense that the defense needs additional time to review and investigate, if necessary.

3.   Both sides therefore respectfully request that the court order as follows:

1.   That the current hearing date of May 20, 2009 be vacated;

2.   That a new be set for July 1, 2009 at 9:00 A. M., for further proceedings, and:

3.   That an exclusion of time is appropriate and necessary in order to allow the effective preparation of counsel and to complete investigation, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(4).


IT IS SO STIPULATED

Dated: May 19, 2009      By:_____/S/_____
                             SUSAN KNIGHT, Assistant United
                             States Attorney


Dated: May 19, 2009      By:_____/S/_____
                             PETER A. LEEMING, attorney
                             for Xue Ou

Joint Stipulation and Proposed Order continuing status date  [Xue Ou]                    -2-

1
2
3
4
5          **IN THE UNITED STATES DISTRICT COURT**
6          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7                    **SAN JOSE DIVISION**
8
9  UNITED STATES OF AMERICA,        )   No. 08-00473 JF
                                    )
10          Plaintiff,               )   **[PROPOSED]ORDER**
                                    )
11      vs.                         )
                                    )
12 Xue Ou, et al  Defendants        )
                                    )
13                                  )
                                    )
14                                  )
                                    )
15 _____ )
16
17                    **ORDER**
18    For the reasons stated in the above stipulation, the status
19 review hearing currently set for May 20, 2009 at 9:00 AM vacated.
20 The case will be set for July 1, 2009 for further status review
21 and possible disposition.
22    IT IS SO ORDERED.
23    Dated: 5/20/09                 _____
24                                   U. S. Judge
25
26
27
28