1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,        )    No. CR 08-00473 JF
                                    )
14        Plaintiff,                )
                                    )    STIPULATION AND [PROPOSED]
15        v.                        )    ORDER CONTINUING STATUS
                                    )    HEARING AND EXCLUDING TIME
16 XUE OU,                          )    UNDER THE SPEEDY TRIAL ACT
                                    )
17        Defendant.                )
                                    )
18                                  )    SAN JOSE VENUE
                                    )
19 ─────────────────────────────────

20

21      The undersigned parties respectfully request that the status hearing scheduled for August 12,

22 2009 be continued to September 9, 2009.  Counsel for Ms. Ou is continuing to negotiate with the

23 government regarding the value of the alleged loss amount, which has a significant impact on the

24 potential sentence in this matter.  In addition, counsel for Ms. Ou believes that this case raises a

25 significant legal question as to the application of the sentencing guidelines to the conduct

26 charged in this indictment.  This issue may require an hearing for the Court to decide the legal

27 question raised, or for the parties to present evidence as to the loss amount, or for both reasons.

28 Therefore, counsel for Ms. Ou needs additional time to attempt to resolve this question or, if a

STIPULATION AND [PROPOSED] ORDER
NO. CR 08-00473 JF                           1

1  hearing is to be held, to prepare for that hearing and brief the questions described above.

2  In addition, the parties agree and stipulate that a waiver of time under the Speedy Trial Act
3  from August 12, 2009 to September 9, 2009 is appropriate. The parties agree and stipulate that
4  an exclusion of time is appropriate based on the defendant's need for effective preparation of
5  counsel.

6  SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
7

8  DATED: 8/10/09                                      /s/_____
                                               SUSAN KNIGHT
9                                              Assistant United States Attorney

10
   DATED: 8/10/09                                      /s/_____
11                                             PETER A. LEEMING
                                               Counsel for Ms. OU
12

13  Accordingly, the Court HEREBY ORDERS that the status hearing is continued to September
14  9, 2009 at 9:00 a.m.

15  For good cause shown, the Court FURTHER ORDERS that time be excluded under the
16  Speedy Trial Act from August 12, 2009 to September 9, 2009. The Court finds, based on the
17  aforementioned reasons, that the ends of justice served by granting the requested continuance
18  outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
19  the requested continuance would deny defense counsel reasonable time necessary for effective
20  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
21  of justice. The Court therefore concludes that this exclusion of time should be made under 18
22  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
23  SO ORDERED.

24
25  DATED: 8/11/09                             _____
                                               JEREMY FOGEL
26                                             United States District Judge

27

28