Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Xue Yi Ou

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 08-00473 JF [RS] |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER CONTINUING HEARING DATE** |
| | ) **AND EXCLUDING TIME UNDER THE** |
| XUE OU, et al  Defendants | ) **SPEEDY TRIAL ACT, 18 U.S.C.** |
| | ) **SECTION 3161** |

The United States of America, by Susan Knight, Assistant United States Attorney, and the defendant in the above case, by and through her attorney Peter A. Leeming, hereby enter into this joint stipulation.

The parties stipulate, and ask the Court to adopt as its FINDINGS that:

1. This case is currently set for status on November 18, 2009 at 9:00 A.M.  Through this stipulation, the parties are

Joint Stipulation and Proposed Order continuing status date  [Xue Ou]                                           -1-

requesting the hearing be continued until January 20, 2010, at 9:00 AM.

2.   This matter involves allegations of distribution of counterfeit goods from China.  The parties have been investigating a series of financial transactions and attempting to determine the impact of these transactions on a potential settlement of this case.  The value of the merchandise for sentencing purposes has raised a legal issue that the parties agreed to try to resolve at a settlement conference.

3.   Ms. Ou's case is related to a similar case where her sister is also charged with distribution of counterfeit goods (US v. Yong Ou, No CR-08-00472 JF).  At the last appearance before this Court, all parties requested a settlement conference and the matters were referred to Judge Whyte for that purpose. Unfortunately counsel for Ms. Yong Ou, Mr. Nick Humy, has been ill and consequently the settlement conference has not taken place.

4.   Both sides therefore respectfully request that the court order as follows:

1.   That the current hearing date of November 18, 2009 be vacated;

2.   That the case be continued until January 20, 2010 at 9:00 A. M., for further proceedings, and:

3.   That an exclusion of time is appropriate and necessary in order to ensure continuity of counsel and to complete investigation, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(4).

```
IT IS SO STIPULATED

Dated: November 3, 2009   By:_____/S/_____
                             SUSAN KNIGHT, Assistant United
                             States Attorney


Dated: November 3, 2009   By:_____/S/_____
                             PETER A. LEEMING, attorney
                             for Xue Ou
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-00473 JF |
| ) Plaintiff, ) | **[PROPOSED] ORDER** |
| ) vs. ) | |
| Xue Ou, et al  Defendants ) | |

**ORDER**

For the reasons stated in the above stipulation, the status review hearing currently set for November 18, 2009 at 9:00 AM vacated.

The Court finds that the time between November 18, 2009 and January 20, 2009 should be excluded from computation under 18 U.S.C. § 3161(h(7)(A) and (B)(iv) in order to afford the defense the necessary time for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

Therefore, it is hereby ORDERED that the status hearing shall be continued to January 20, 2010 for further status review and possible disposition.

IT IS SO ORDERED.

Dated: 11/17/09

_____
The Honorable Jeremy Fogel
United States District Court