JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00473 JF |
| )<br>Plaintiff, ) | STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE |
| )<br>v. ) | |
| )<br>XUE OU, ) | |
| ) | SAN JOSE VENUE |
| Defendant. ) | |
| ) | |

   The undersigned parties respectfully request that the change of plea hearing currently scheduled for March 4, 2010 be continued to March 11, 2010 at 9:00 a.m.

   This matter had been set for March 3, 2010 for disposition. However, counsel were available to proceed on that date and have reached a proposed resolution of the matter.

   On March 2. 2010, counsel received a Clerk's Notice rescheduling the above matter from March 3, 2010 to March 4, 2010. However, counsel for Ms. Ou, Peter Leeming, is unavailable on that date due to previously scheduled court appearances. The parties therefore respectfully request that the matter be continued until March 11, 2010 for disposition.

//

//

| | |
|---|---|
| SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| DATED: 3/3/10 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| DATED: 3/3/09 | _____/s/_____<br>PETER LEEMING<br>Counsel for Ms. Ou |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea hearing for <u>United States v. Xue Ou</u> scheduled for March 3, 2010 is continued to March 11, 2010 at 9:00 a.m.

SO ORDERED.

DATED: 3/4/10

_____
JEREMY FOGEL
United States District Judge